RECEIVED
SDNY DOCKET UNIT

2018 JUL -6 PM 3: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Conor Dunphy

Write the full name of each plaintiff.

18 CV 6183
(Include case number if one has been assigned)

-against-

Federal Election Commission
United States of America

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Right to vote

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, N/A (Plaintiff's name), is a citizen of the State of

N/A
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, N/A, is a citizen of the State of
(Defendant's name)

____________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A.

If the defendant is a corporation:

The defendant, Federal Election Commission is incorporated under the laws of

the State of [United States of America]

and has its principal place of business in the State of [Washington, D.C.]

or is incorporated under the laws of (foreign state) N/A

and has its principal place of business in [Washington, D.C.].

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Conor | P. | Dunphy |
|---|---|---|
| First Name | Middle Initial | Last Name |

4756 45 Street
Street Address

| Queens | New York | 11377 |
|---|---|---|
| County, City | State | Zip Code |

| 929-235-4683 | pinfoficecream@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: FEDERAL ELECTION COMMISSION
First Name Last Name

UNITED STATES OF AMERICA
Current Job Title (or other identifying information)

99 E STREET NW
Current Work Address (or other address where defendant may be served)

WASHINGTON DC 20463
County, City State Zip Code

Defendant 2: N/A
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3: N/A
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: N/A

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Queens, New York

Date(s) of occurrence: November 7th 2017

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On November 7th 2017, I notified the Federal Election Commission ("FEC") via e-mail that I intended to file an appeal on Matter Under Review 7232 (See attached documents)

In August 2017, the FEC submitted a dismissal from a previous complaint, which is included with this appeal. (MUR 7232) The wording of the dismissal included a thorough explanation of the Enforcement Priority System, that the FEC applied to the complaint/MUR.

However, the fact remains that my identity was stolen. Notwithstanding the technical means for dismissal provided in the Enforcement Priority System. In 2016, as the Report of the Enforcement Priority Dismissal Report shows, a fraudulent payment was made to the Hillary for America campaign.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

N/A

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am asking that the dismissal be discharged and my complaint finished.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

March 16 2018
Dated

Conor Dunphy
Plaintiff's Signature

Conor
First Name

P
Middle Initial

Dunphy
Last Name

4756 45 Street
Street Address

Queens
County, City

New York
State

11377
Zip Code

929-235-4683
Telephone Number

pintoficecream@yahoo.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

CONOR DUNPHY V. FEDERAL ELECTION COMMISSION OF THE UNITED STATES OF AMERICA

DUNPHY, CONOR P.
Name (Last, First, MI)

4756 45 Street | Queens | New York | 11377
Address | City | State | Zip Code

929-235-4683
Telephone Number

pintoficecream@yahoo.com
E-mail Address

March 16th 2018
Date

Conor Dunphy
Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Subject: RE: MUR 7232

From: FOIA@fec.gov

To: pintoficecream@yahoo.com

Date: Tuesday, November 14, 2017 12:41:42 PM

This message contains blocked images. Show images or Always show images

Dear Mr. Dunphy:

Sorry for the confusion, but we now understand that you are looking to appeal the FEC decision in MUR 7232 (and if this is not correct, please let me know).

As indicated in the Commission's closing letter to you dated August 8 (which I assume you've received, but can be found here: https://www.fec.gov/files/legal/murs/current/100486912.pdf), the Federal Election Campaign Act of 1971, as amended, allows you to seek judicial review of the Commission's dismissal of this action. The statutory provision for this judicial review is located at 52 U.S.C. § 30109(a)(8) which can be found here: https://www.gpo.gov/fdsys/pkg/USCODE-2015-title52/pdf/USCODE-2015-title52-subtitleIII-chap301-subchapI-sec30109.pdf.

I hope that answers your question.

Thanks,

[redacted]

Acting FOIA Public Liaison

This email may contain attorney-client privileged or confidential information and is for the sole use of the intended recipient (s). If this email has been received in error, please notify the sender immediately at (202) 694-1650, or by reply email, and delete the message without copying or disclosing its contents. Thank you.

---

**From:** Conor Patrick Dunphy [mailto:pintoficecream@yahoo.com]
**Sent:** Wednesday, November 08, 2017 2:37 PM

**To:** FOIA <FOIA@fec.gov>
**Subject:** Re: MUR 7232

Excuse me. I am not moving in the archives, as you seem to suggest. I am not e-mailing for a Freedom of Information Interrogatory (list of questions?).

My mistake, but as you gave me some tip as to serving court papers, forgive the leap in procedural measure. My mistake, but what is the way to serve the Fedeal Election Commission in a decision that I am appealing?

That's my question. And I know how great it must be that I can't find the Web Page.

Please.

BEst, Conor

On Wednesday, November 08, 2017 06:57:07 AM, FOIA <FOIA@fec.gov> wrote:

All you need to do is email this office as you are doing. Make a request pursuant to FOIA and describe the documents you are requesting.

The attached link describes how to construct your request. I hope this answers your question.

https://www.fec.gov/freedom-information-act/

---

**From:** Conor Patrick Dunphy <pintoficecream@yahoo.com>
**Sent:** Tuesday, November 7, 2017 04:44 PM
**To:** FOIA
**Subject:** Re: MUR 7232

I see the Freedom of Information Act link, and

it was worth taking a peek. But, I need to know how to serve papers on the FEC.

Does the FOIA office have any specific information on how to do that?

I realize you are the Freedom of Information Act office of the

Federal Election Commission and I am perhaps making a

broader than usual request! Conor

On Tuesday, November 07, 2017 05:51:17 AM, FOIA <FOIA@fec.gov> wrote:

https://www.fec.gov/freedom-information-act/

Image removed by sender.

Freedom of Information Act - FEC.gov

www.fec.gov

The Freedom of Information Act (FOIA) is a law that enables members of the public to request records from federal agencies. The following information is an overview ...

**From:** Conor Patrick Dunphy <pintoficecream@yahoo.com>
**Sent:** Monday, November 6, 2017 04:16 PM
**To:** FOIA
**Subject:** Re: MUR 7232

Is there a specific Web Page for Rules of Service, ie. in appealing a decision?

Conor Dunphy

On Thursday, August 17, 2017 02:47:34 PM, FOIA <FOIA@fec.gov> wrote:

Yes you can.

---

**From:** Conor Patrick Dunphy <pintoficecream@yahoo.com>
**Sent:** Thursday, August 17, 2017 02:39 PM
**To:** FOIA
**Subject:** Re: MUR 7232

Can I open a FOIA request from e-mail to you?

COnor DUnphy


image001.jpg
932B

Subject: Re: RE: MUR 7232
From: pintoficecream@yahoo.com
To: FOIA@fec.gov
Date: Wednesday, November 15, 2017 02:20:15 PM

This message contains blocked images. Show images or Always show images

Thank you. Just what I was trying to get across to you. Yes, I am looking to appeal MAtter Under REview (sorry, the letters are distorted) and the reason I am writing is that I need to know the best way you know of in good time to provide notice to the FederaL Election Commission, as you are not responsible alone.

I only learned last month that service of affidavits and notices for most legal matters is a lot more expensive than anything like a municipal personal injury claim, which is sometimes a click away!

On Tuesday, November 14, 2017 12:41:42 PM, FOIA <FOIA@fec.gov> wrote:

Dear Mr. Dunphy:

Sorry for the confusion, but we now understand that you are looking to appeal the FEC decision in MUR 7232 (and if this is not correct, please let me know).

As indicated in the Commission's closing letter to you dated August 8 (which I assume you've received, but can be found here: https://www.fec.gov/files/legal/murs/current/100486912.pdf), the Federal Election Campaign Act of 1971, as amended, allows you to seek judicial review of the Commission's dismissal of this action. The statutory provision for this judicial review is located at 52 U.S.C. § 30109(a)(8) which can be found here: https://www.gpo.gov/fdsys/pkg/USCODE-2015-title52/pdf/USCODE-2015-title52-subtitleIII-chap301-subchapI-sec30109.pdf.

I hope that answers your question.

Thanks,
Acting FOIA Public Liaison

This email may contain attorney-client privileged or confidential information and is for the sole use of the intended recipient(s). If this email has been received in error, please notify the sender immediately at (202) 694-1650, or by reply email, and delete the message without copying or disclosing its contents. Thank you.

**From:** Conor Patrick Dunphy [mailto:pintoficecream@yahoo.com]
**Sent:** Wednesday, November 08, 2017 2:37 PM
**To:** FOIA <FOIA@fec.gov>
**Subject:** Re: MUR 7232

Excuse me. I am not moving in the archives, as you

seem to suggest. I am not e-mailing for a Freedom of Information Interrogatory (list of questions?).

My mistake, but as you gave me some tip as to serving court papers, forgive the leap in procedural measure. My mistake, but what is the way to serve the Fedeal Election Commission in a decision that I am appealing?

That's my question. And I know how great it must be that I can't find the Web Page.

Please.

BEst, Conor

On Wednesday, November 08, 2017 06:57:07 AM, FOIA <FOIA@fec.gov> wrote:


All you need to do is email this office as you are doing. Make a request pursuant to FOIA and describe the documents you are requesting.

The attached link describes how to construct your request. I hope this answers your question.


https://www.fec.gov/freedom-information-act/

---

**From:** Conor Patrick Dunphy <pintoficecream@yahoo.com>
**Sent:** Tuesday, November 7, 2017 04:44 PM
**To:** FOIA
**Subject:** Re: MUR 7232

I see the Freedom of Information Act link, and it was worth taking a peek. But, I need to know how to serve papers on the FEC. Does the FOIA office have any specific information on how to do that?

I realize you are the Freedom of Information Act office of the Federal Election Commission and I am perhaps making a broader than usual request! Conor

On Tuesday, November 07, 2017 05:51:17 AM, FOIA <FOIA@fec.gov> wrote:


https://www.fec.gov/freedom-information-act/

Image removed by sender.

Freedom of Information Act - FEC.gov

www.fec.gov

The Freedom of Information Act (FOIA) is a law that enables members of the public to request records from federal agencies. The following information is an overview ...

---

**From:** Conor Patrick Dunphy <pintoficecream@yahoo.com>
**Sent:** Monday, November 6, 2017 04:16 PM
**To:** FOIA
**Subject:** Re: MUR 7232

Is there a specific Web Page for Rules of Service, ie. in appealing a decision?

Conor Dunphy

On Thursday, August 17, 2017 02:47:34 PM, FOIA <FOIA@fec.gov> wrote:

Yes you can.

---

**From:** Conor Patrick Dunphy <pintoficecream@yahoo.com>
**Sent:** Thursday, August 17, 2017 02:39 PM
**To:** FOIA
**Subject:** Re: MUR 7232

Can I open a FOIA request from e-mail to you?

COnor DUnphy

image001.jpg
932B

BEFORE THE FEDERAL ELECTION COMMISSION

**SENSITIVE**

ENFORCEMENT PRIORITY SYSTEM
DISMISSAL REPORT

**MUR:** 7232

**Respondents:** Unknown

**Complaints Receipt Date:** April 10, 2017
**Response Dates:** N/A

**EPS Rating:**

**Alleged Statutory Regulatory Violations:** **52 U.S.C. § 30122; 11 C.F.R. § 110.4(b)(1)(i), (ii)**

Complainant Conor Dunphy alleges that an unidentified party may have defrauded him, Hillary for America ("HFA"), or both.[1] Complainant states that he was notified by HFA that he had paid or contributed $100 to HFA, but he denies making a $100 payment, and states that his bank was unable to find any evidence of such payment. The Complainant further states that he contributed $50 to HFA at a later date.[2] FEC records indicate that HFA never reported receiving any contributions from, nor making any disbursements to, the Complainant.[3]

Based on its experience and expertise, the Commission has established an Enforcement Priority System using formal, pre-determined scoring criteria to allocate agency resources and assess whether particular matters warrant further administrative enforcement proceedings. These criteria include (1) the gravity of the alleged violation, taking into account both the type of activity and the amount in violation; (2) the apparent impact the alleged violation may have had on the

---

1 Hillary for America was the principal campaign committee for the presidential campaign of Hillary Clinton. HFA was not notified of the Complaint.

2 The Complaint did not provide documentation of any notification from HFA of payments to or from HFA, nor did it provide any bank records. The Federal Election Campaign Act of 1971, as amended, and Commission regulations provide that no person shall make a contribution in the name of another person, or knowingly permit his or her name to be used to effect such a contribution. 52 U.S.C. § 30122; 11 C.F.R. § 110.4(b)(1)(i), (ii).

3 A search of FEC records showed that HFA received 109 contributions from persons with the same last name as the Complainant, however, none had the same first name, and no contributions from persons with that last name were made from the Complainant's home state.

electoral process; (3) the complexity of the legal issues raised in the matter; and (4) recent trends in potential violations and other developments in the law. This matter is rated as low priority for Commission action after application of these pre-established criteria. Given that low rating, the amount at issue, and the lack of available information on the public record to support the Complainant's allegations, we recommend that the Commission dismiss the complaint consistent with the Commission's prosecutorial discretion to determine the proper ordering of its priorities and use of agency resources. *Heckler v. Chaney*, 470 U.S. 821, 831-32 (1985). We also recommend that the Commission close the file as to the unknown respondent and send the appropriate letter to the Complainant.

Acting General Counsel

Associate General Counsel

6.21.17
Date

BY:

Deputy Associate General Counsel

Assistant General Counsel

Attorney



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

AUG 08 2017

Conor Dunphy
4756 45th Street
Woodside, NY 11377
#D3

RE: MUR 7232

Dear Mr. Dunphy:

The Federal Election Commission reviewed the allegations in your complaint received on April 10, 2017. On July 12, 2017, based upon the information provided in the complaint, and other available information, the Commission decided to exercise its prosecutorial discretion to dismiss the allegations and close its file in this matter. Accordingly, the Commission closed its file in this matter on July 12, 2017.

Documents related to the case will be placed on the public record within 30 days. *See* Statement of Policy Regarding Disclosure of Closed Enforcement and Related Files, 68 Fed. Reg. 70,426 (Dec. 18, 2003) and Statement of Policy Regarding Placing First General Counsel's Reports on the Public Record, 74 Fed. Reg. 66132 (Dec. 14, 2009). A copy of the General Counsel's Report is enclosed for your information.

The Federal Election Campaign Act of 1971, as amended, allows a complainant to seek judicial review of the Commission's dismissal of this action. *See* 52 U.S.C. § 30109(a)(8).

Sincerely,

Acting General Counsel

BY:
Assistant General Counsel
Complaints Examination and
Legal Administration

Enclosure
General Counsel's Report

Conor Dunphy
4756 45 Street
Queens New York 11377

RECEIVED
SDNY DOCKET UNIT
2018 JUL -6 PM 3: 15

USM P3
SDNY

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, New York 10007